# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF PATRICIA
STRONG, AN ADULT WARD.

PATRICIA STRONG,
                    Appellant,
vs.
RANDALL STRONG; AND DIANE
LYNNAE MAESTAS,
                    Respondents.

No. 73846

FILED

NOV 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a decision and order entered in a guardianship proceeding. Eighth Judicial District Court, Family Court Division, Clark County; William S. Potter, Judge.

When we granted appellant's motion for a second extension of time, we directed appellant to file and serve the opening brief and appendix by October 10, 2018. We cautioned that failure to comply could result in the imposition of sanctions. NRAP 31(d). To date, appellant has failed to file these documents or otherwise communicate with this court. Respondents have also filed a motion to dismiss this appeal based on appellant's failure to file the opening brief and an email sent to respondent's counsel by appellant's counsel stating that appellant's counsel is "unable to complete the Appeal process."

18-43163

We conclude that appellant's failure to file the opening brief and appendix or otherwise communicate with this court warrants the dismissal of this appeal. Accordingly, we grant the motion and

ORDER this appeal DISMISSED.[1]

_____Pickering_____, J.
Pickering

_____Gibbons_____ J.
Gibbons

_____Hardesty_____, J.
Hardesty

cc:   Hon. William S. Potter, District Judge, Family Court Division
Carolyn Worrell, Settlement Judge
Accolade Law
Beverly J. Salhanick
Eighth District Court Clerk

---

[1]We decline respondents' request to impose sanctions against counsel for appellant.